[Civ. No. 544. Fourth Appellate District.—September 28, 1933.]

MARIE C. RICE et al., by Her Guardian, etc., Respondents, v. B. W. HARDY, Appellant.

Forgy, Reinhaus & Forgy and L. W. Blodgett for Appellant.

McFadden & Holden for Respondents.

JENNINGS, J.—The clerk's transcript in this case was filed on October 25, 1930. No brief has been filed by either party to the action. This court, therefore, on its own motion, noticed an order to show cause why the appeal should not be dismissed, for September 12, 1933.

No cause has been shown why the appeal should not be dismissed and no appearance has been made.

The appeal is dismissed.

Barnard, P. J., and Marks, J., concurred.